# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

DANIEL McGLINCH,

      Plaintiff,      :      Case No. 3:08-cv-140

                                  District Judge Walter Herbert Rice
   -vs-                             Chief Magistrate Judge Michael R. Merz
                            :

UNITED STATES DEPARTMENT
  OF LABOR,

      Defendant.

## DISMISSAL ORDER

On Motion of the Plaintiff (Doc. No. 9) and for good cause shown, the above-captioned action is dismissed without prejudice for lack of jurisdiction.

June 19, 2008.

                                                    s/ **Michael R. Merz**
                                              Chief United States Magistrate Judge